COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                      BRISTOL SUPERIOR COURT
                                                  DOCKET NO.: BRCV 2005-00331 - B

| | |
|---|---|
| ALAN DREYFUS, ) | |
| Plaintiff, ) | 05 10876 WGY |
| ) | |
| v. ) | |
| ) | |
| JAMES ROMANO, TOWN OF ) | |
| BERKLEY and BOARD OF HEALTH, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record for the defendants, James Romano, Town of Berkley and Board of Health, in the above-captioned matter.

Defendants,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

Jeffrey M. Sankey, Esq., BBO #551062
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

## CERTIFICATE OF SERVICE

      I hereby certify that this 28th day of April, 2005, a true and accurate copy of the Notice of Appearance was served, via first-class, postage prepaid mail, on the following:

John P. Long, Esq.
P.O. Box 4177
722 Eastern Avenue
Fall River, MA 02723

Brian Corey, Jr., Esq.
1041 Main Road
Westport, MA 02790

                                                                 Jeffrey M. Sankey