UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
ALAN DREYFUS,                        *
        Plaintiff,                   *
                                     *
v.                                   *
                                     *   DOCKET NO.: 05 10876 WGY
JAMES ROMANO, TOWN OF                *
BERKLEY and BOARD OF HEALTH,         *
        Defendants.                  *
*************************************
```

## LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to U.S. District Court, District of Massachusetts, Local Rule 16.1(D)(3), plaintiff Alan Dreyfus and his counsel hereby certify that they have conferred with a view to establishing a budget for the costs of pursuing the full course of litigation and various alternative courses of the litigation. In addition, plaintiff and his counsel have conferred to consider the alternative dispute resolution programs.

Plaintiff's counsel will be prepared to discuss alternative means to resolve the dispute at the Joint Scheduling Conference.

Respectfully submitted,

| PLAINTIFF, ALAN DREYFUS | LAW OFFICES OF BRIAN R. COREY |
|---|---|
| *[signature]* | By: *[signature]* |
| | Brian R. Corey, Jr., Esquire |
| | 1041 Main Road |
| | Westport, MA 02790 |
| | (508) 636-8861 |
| | BBO #632973 |

Dated: July 8, 2005

## CERTIFICATE OF SERVICE

    I, Brian R. Corey, Jr., counsel for the Plaintiff, Alan Dreyfus, do hereby certify that I have served a copy of the within Local Rule 16.1(d)(3) Certification upon:

Jeffrey M. Sankey, Esquire
Pierce, Davis and Peritano, P.C.
10 Winthrop Square
Boston, Massachusetts 02110

via first class mail, postage pre-paid on this 8th day of July, 2005.

                                                           Brian R. Corey, Jr., Esquire