UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALAN DREYFUS,<br>　　　　Plaintiff, | ) ) ) ) | |
| v. | ) ) | DOCKET NO.: 05 10876 WGY |
| JAMES ROMANO, TOWN OF<br>BERKLEY and BOARD OF HEALTH,<br>　　　　Defendants. | ) ) ) ) ) | |

## PLAINITFF, ALAN DREYFUS' INITIAL DISCLOSURES

Pursuant to Fed.R.Civ.Pr. 26(a)(1), plaintiff Alan Dreyfus submits the following initial disclosures. The disclosures are based on information and documents reasonably available at this time. Plaintiff reserves the right to amend or supplement the disclosures based on discovery and/or further investigation.

**A.    Individuals Likely to Have Discoverable Information**

1.  Alan Dreyfus
    119 Union Street
    Mansfield, MA 02048

    Mr. Dreyfus is the plaintiff in this case and is familiar with the facts, circumstances and claims alleged.

2.  James Romano

    Mr. Romano is a Defendant in this case and the Chairman of the Board of Health and is familiar with the facts, circumstances and claims alleged.

**B.    Relevant Documents**

1.  Defendant Town of Berkley's records as maintained by the Town of Berkley Board of Health.
2.  All records as kept by the Town of Berkley's Building Department.
3.  All documents and materials in the nature of guidelines, directives, and policy statements, as issued or created for the Town of Berkley.
4.  All rules and regulations as promulgated by the Berkley Board of Health.

5. Copies of all invoices, costs, and bills incurred or concerning Plaintiff Alan Dreyfus in his construction of his home.

**C.    Damages**

Plaintiff seeks compensatory and punitive money damages in amounts to be determined at trial against both the Town of Berkley and James Romano as an individual and in his capacity as a Member of the Board of Health. Plaintiff also seeks interest, costs and reasonable attorney's fees.

**D.    Additional Documents Currently in Plaintiff's possession.**

See Attached.

Plaintiff, Alan Dreyfus
By his attorney,

LAW OFFICES OF BRIAN R. COREY

By:_____

Brian R. Corey, Jr., Esquire
1041 Main Road
Westport, Massachusetts 02790
(508) 636-8861
BBO #632973

Dated: November 8, 2005

TOWN OF BERKLEY
MASSACHUSETTS

*check # 3082*
*$800°°*
*Con Con stamp*

NORTH MAIN STREET
BERKLEY, MA 02779

OFFICE OF
BOARD OF HEALTH
APPLICATION FOR PERC TEST

Address of Proposed Perc Test #  **46R**    Street    **North Main Street**

Property Owner    **Donald & Donna Hinman (under agreement to Alan Dreyfus)**
Owner's Address **119 Union Street, Mansfield, MA (Dreyfus)** Phone No.   **508-339-9089**
CONTACT PERSON:  **Gerald Bernard**                        Phone No.   **508-823-1307**

If test for REPAIR OR NEW system?      **NEW**
IF NEW, have you received determination from Conservation
Commission?    **Yes**
(If no, you must receive a determination and forward it to
the Board of Health)

Name of Person to Perform Test **Gerald Bernard**
Address   **14 Town Landing Road, Berkley, MA 02779**
Title of Person Performing Test **Soil Evaluator**

Is person performing test a Certified soil Evaluator?  **Yes**
If yes, provide copy of Certificate.
If no, have Soil Evaluator provide copy.

1.     Who will be operator of digging equipment?
       **Alfred Gouviea**
       Owner of digging equipment must provide certificate of
       insurance.
2.     Does operator have Mass. hoister's License? **Yes**

3.     Provide number **HE056126**

4.     In most instances an excavator will be required to do machine
       work.

Application must be complete before a perc date is issued.
Applicant must return completed application in person at a Board
of Health meeting.

A $200.00 perc fee is required in advance of perc test.
(Additional fees may be required in advance on day of percs). Charge is
$1000.00 per hole, 2 hole minimum.

Signature _____  Date **February 12, 2003**



**TOWN OF BERKLEY**

MASSACHUSETTS

———

**NORTH MAIN STREET**
**BERKLEY, MA 02779**

OFFICE OF

**BOARD OF HEALTH**

NO. *0387 A*

FEE *50.00*

DATE *7/8/03*

CHECK NO. *9552*
*HADROSE WELL*

# WELL CONSTRUCTION PERMIT

*46 R N. MAIN*
LOCATION ADDRESS                                    LOT NUMBER

*AL DREYFUS 119 UNION ST. MANSFIELD MA 02048*
OWNER                                               ADDRESS

*HADROSE WELL DRILLING INC 43 PADELFORD ST.*
INSTALLER                                           ADDRESS
*Berkley, MA 0277?*

DWELLING *✓* BUSINESS _____          NEW *✓*

OTHER *PUMP AND RETEST*              REPAIR (Explain) _____
*FOR TURBIDY, IRON AND*              _____
*SODIUM*                             _____
_____             *[signature]*
                                     INSTALLERS SIGNATURE

OWNERS SIGNATURE                     MASS. LICENSE NUMBER *# 550*

**AGREEMENT:** The undersigned agrees to install the aforedescribed well in accordance with the Town of
Berkley Board of Health Well Regulations and further agrees not to place the well in opera-
tion until it has been certified by the Well Inspector.

Signed *[signature]*

WELL CERTIFIED BY _____
                  B. O. H. SIGNATURE                              DATE

WELL NOT CERTIFIED _____
                   B. O. H SIGNATURE                             DATE

REASON FOR NON CERTIFICATION _____



COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
SOUTHEAST REGIONAL OFFICE
20 RIVERSIDE DRIVE, LAKEVILLE, MA 02347   508-946-2700

COPY

MITT ROMNEY
Governor

KERRY HEALEY
Lieutenant Governor

ELLEN ROY HERZFELDER
Secretary

ROBERT W. GOLLEDGE, Jr.
Commissioner

December 9, 2003

Ms. Carol Mills, Chairperson
Town of Berkley
Board of Selectmen
Town Hall
1 North Main Street
Berkley, Massachusetts 02779

RE:   BERKLEY--BWSC
58 North Main St
46R North Main St
RTN - 11247
RTN# 4-18115

Dear Chairperson Mills:

On November 24, 2003 representatives from the Department of Environmental Protection (the "Department") Emergency Response Section performed soil testing along the northern boundary of the property at 46 R North Main Street. The parcel was recently purchased by Mr. Alan Dreyfus to build a single family residence. The Berkley Board of Health requested soil sampling be performed by Dreyfus to determine if contaminants consistent with those identified and removed from the Bog's Landing Site are present on the abutting property. Tannery waste was historically transported along a haul road off North Main St along the stonewall back into the area of the property owned by Mr. Douglas Cote referred to as the Bog's Landing Site.

In an effort to obtain the information required to determine if contamination was present along the stonewall bordering the Dreyfus property to the north, the Department conducted field sampling using a handheld NITON XRF analyzer model XL 700. The NITON XRF instrument is owned and registered to the Department. X-Ray Fluorescence analysis was used to delineate the extent of the tannery waste dumped on the Bog's Landing Site. The contaminant of concern used in both sampling events was Chromium. Chromium was present across the Bog's Landing Site in concentrations above other contaminants present.

The historic haul road used to transport the tannery waste back into the area known as the Bog's Landing Site comes off of North Main Street between the Cote property and the Dreyfus property. During the EPA and DEP tannery waste removal project a portion of the haul road off of North Main Street was not sampled because Chromium had not been detected along the haul road proximal to the site. To fill in this data gap thirty (30) locations along the haul road and on both sides of the stonewall were analyzed by DEP on November 24, 2003.

Prior to conducting this testing, surface organic material including leaves, sticks and topsoil were brushed away by hand in the sampling locations. As you can see in the attached data table, Chromium was not detected in any of the locations tested.

This information is available in alternate format. Call Aprel McCabe, ADA Coordinator at 1-617-556-1171. TDD Service - 1-800-298-2207.

DEP on the World Wide Web: http://www.mass.gov/dep
Printed on Recycled Paper

The Department is confident that this information should address the Board of Health's concern that testing of soil for possible tannery waste constituents be conducted on the Dreyfus property. If you have questions regarding this correspondence please contact Julie J. Hutcheson at the letterhead address above or 508-946-2852.

Very truly yours,

Richard F. Packard, Chief
Emergency Response/Release
Notification Section

P/JH/re

Nors/dreyfus letter

cc:    Mr. Alan Dreyfus
       119 Union Street
       Mansfield, MA  02048

       Mr. Douglas Cote
       58 North Main Street
       Berkley, MA  02779

ec:    Board of Health
       ATTN:  Mr. James Romano, Chairman

       Conservation Commission
       ATTN:  James McIsaac, Chairman

Berkley – XRF Sampling
November 24, 2003
DEP: Julie Hutcheson, Michael Whiteside

## DATA TABLE

| Sample No. | XRF No. | Results |
|------------|---------|---------|
| 1 | 314 | ND |
| 2 | 315 | ND |
| 3* | 316 | ND |
| 4* | 317 | ND |
| 5 | 318 | ND |
| 6* | 319 | ND |
| 7 | 320 | Incomplete Reading |
| 7 | 321 | Incomplete Reading |
| 8* | 322 | ND |
| 9 | 323 | ND |
| 10 | 324 | ND |
| 11 | 325 | ND |
| 12 | 326 | ND |
| 13 | 327 | ND |
| 14 | 328 | ND |
| 15 | 329 | ND |
| 16 | 330 | ND |
| 17 | 331 | ND |
| 18 | 332 | ND |
| 19 | 333 | ND |
| 20 | 334 | Incomplete Reading |
| 20 | 335 | ND |
| 21* | 336 | ND |
| 22* | 337 | ND |
| 23* | 338 | ND |
| 24* | 339 | ND |
| 25* | 340 | ND |
| 26* | 341 | ND |
| 27* | 342 | ND |
| 28* | 343 | ND |
| 29* | 344 | ND |
| 30* | 345 | ND |

NOTES:
* - Samples collected on Dreyfus property
ND – non detect
Incomplete Reading – indicates that the XRF encountered
organic material that interfered with the reading. This could
be caused by a root mass or decaying organic matter.

# TOWN OF BERKLEY

MASSACHUSETTS



## OFFICE OF

## BOARD OF HEALTH

1 NORTH MAIN STREET
BERKLEY, MA 02779

TELEPHONE (508) 828-7828
FAX (508) 880-2055

January 15, 2004

Mr. Alan Dreyfus
119 Union Street
Mansfield, MA  02048

Dear Mr. Dreyfus:

Our Board is in receipt of a letter from DEP dated December 9, 2003, regarding testing done on your property at 46R North Main Street. We feel that this testing, while accurate, appears to be very limited.

We asked you on August 12, 2003 to do approximately 7 (seven) soil tests on different area of the property. The tests conducted by DEP show so apparent contaminates on the areas tested.

We do, however, at this time recommend that for your protection and for the protection of future owners of this property that you conduct the other testing as requested.

However, we will, a this time, accept and review your septic plans and will not hold up your other permits.

Regards,
BERKLEY BOARD OF HEALTH

James Romano, Chairman

Anne Hathaway, Clerk

Steven Rapoza, Member

## TOWN OF BERKLEY
## CONSERVATION COMMISSION
Town Hall, 1 North Main Street
Berkley, Massachusetts 02779

October 13, 2003

Mr. Alan S. Dreyfus
119 Union Street
Mansfield, MA 02048

Re: Your property at 46R North Main St., Berkleu, MA 02779.

Dear Mr. Dreyfus:

I write in reply to your further verbal inquiry about the alleged contamination report that
this board received last year from Mr. Gene Flint, of North Main Street, Berkley.

Soon after the board's receipt of the report, the board instructed me to call Mr. Andy
Jones of the MA DEP/SE, the person at that office that had been given the same report
by Mr. Flint. I called Mr. Jones and discussed the report. As I recall our conversation, Mr.
Jones made expressed the following:

1. He had reviewed the report and found nothing that he deemed actionable by the DEP.

2. He had concern that the report's test methodology didn't meet required criteria.

I reported on my telephone call at the next Conservation Board meeting, where Mr. Flint
and Ms. Valerie Murray expressed their continued concerns about contamination on the
property. The board discussed the matter. By coincidence, Mr. James Romano of the
Berkley Board of Health was at that meeting. I asked him if any potable water well that
was located in the block defined by North Main St., Burt St., Jerome St., Pine St., Porter
St. and Locust St. had ever been condemned or found to be unfit due to contamination.
He reported that to the best of his knowledge no well in the designated block had been
condemned of found unfit due to contamination.

Respectfully,

John H. McIsaac,
Chairman
Berkley Conservation Commission



**TOWN OF BERKLEY**

**MASSACHUSETTS**

———

**OFFICE OF**
**BOARD OF HEALTH**

1 NORTH MAIN STREET
BERKLEY, MA 02779

TELEPHONE (508) 828-7828
FAX (508) 880-2055

August 20, 2003

Mr. Alan Dreyfus
119 Union Street
Mansfield, MA   02048

Dear Mr. Dreyfus:

As the Board of Health told you at our meeting on August 12, 2003, before approving septic design plans, you need to have a 21E study done on the soil on your property at 46R North Main Street. This property is located on or near the site known to have had tannery waste dumped on it.

To ensure the health of future occupants of the site, we need proof that the area is not contaminated.

Regards,
BERKLEY BOARD OF HEALTH


James Romano, Chairman


Anne Hathaway, Clerk


Steven Rapoza, Member



# TOWN OF BERKLEY
## MASSACHUSETTS

### BOARD OF APPEALS

1 NORTH MAIN STREET
BERKLEY, MA 02779
OFFICE: (508) 821-1575

In accordance with Massachusetts General Laws Chapter 40A, as amended. The Berkley Board of Appeals will hold a public Hearing on Wednesday May 5, 2003 at 9:00 P.M. at the town office building 1 North Main Street Berkley, MA., in the Frances Andrews Hearing room. The purpose is on the application presented by Mr. Alan Dreyfus. Owners, Donald and Donna Hinman.

The applicant is seeking a variance of the Town of Berkley Zoning By-Law dimensional regulations with the respect to Seek relief from Section 4 (a). In particular, the request is from the requirement that a width and frontage of 200 feet shall apply.

The location of the property is known as MAP 2 LOTS 51-02 located at 46 Rear North Main Street.

Any person(s) interested or wishing to be heard on this matter should attend the Hearing.

> Town of Berkley
> Board of Appeals
> Chairman
> Steven Bachand,Sr.

LAW OFFICES OF
# FRANCIS M. O'BOY

41 HARRISON STREET
TAUNTON, MASSACHUSETTS 02780

(508) 823-1133
FAX
(508) 824-2820

September 4, 2003

Board of Health
Town of Berkley
1 North Main Street
Berkley, MA 02779

### Re: Alan Dreyfus – 119 Union Street, Mansfield, MA

Gentlemen:

This is to advise you that I represent the above-named Alan Dreyfus, who is the lawful owner of land located at 46R North Main Street, Berkley, and who plans to erect a single-family home on his 8+ acre parcel. Since May of 2003, he has complied with every reasonable requirement of your Board and the other Town permit-granting authorities. Your Board, however, arbitrarily and capriciously held up the granting of your approval by demanding an unnecessary 21E study, which the Commonwealth of Massachusetts DEP determined to be unnecessary. As the result of the failure of your Board to grant the permit necessary for my client to construct his home, he has suffered great loss and has been the subject of alleged harassment based upon undue influence of your Board by a long-time Berkley resident who desired to purchase the parcel on which my client intends to builds his home.

My client intends to seek damages against the Town and the individuals responsible for the damage he has suffered. He has asked me to extend a final opportunity for your Board to comply with his lawful request for permission to proceed with the construction of his house.

Unless your Board takes favorable action on his application prior to September 22, 2003, my client has instructed me to take all necessary legal steps to protect his interests.

Respectfully yours,

FRANCIS M. O'BOY

FOB/gsk

Certified Mail #7001 2510 0008 7012 1670
RETURN RECEIPT REQUESTED

cc: Attorney David T. Gay
    Mr. Alan Dreyfus

Dreyfus 090403 Ltr to Bd Health



The Commonwealth of Massachusetts
Town of Berkley

In accordance with the Massachusetts State
Building Code, Section 114.0, this

# BUILDING PERMIT

Is issued to: Alan Dreyfus

Address: 119 Union St., Mansfield, Ma 02048

Contractors License #

Permit To: Construct House Foundation & 2

Bedroom Log Cabin w/ 2 Car Garage.

Location: 46R North Main St.

Map/Lot # 2 Lot 51-02

Construction Type: 5-B Use group: R-4

Dimensions: 32  Width 68 Length  Height

Owner: Same

Address: Same

Phone: 508-339-9089

All work shall conform to the approved

application and plans.

This permit shall become invalid unless the work

has commenced within six (6) months, or if work

is suspended for a period of one (1) year.

Permit #03116 Date Issued: 06/04/03 & 12/03/03

Fee:$ 843.00  Building Official: Joseph Lawrence

$971.00 +$35 ᵈᵏ

| INSPECTION RECORD | | |
|---|---|---|
| **INSPECTION** | **BY** | **DATE** |
| | | 6/16/04 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **FINAL APPROVALS** | | |
| Well | | |
| Sanitation | | |
| Plumbing | | |
| Electrical | | |
| Smoke Detectors/Fuel systems | | |
| Other: | | |

REMARKS: Zoning regulations require 15 foot setback from side and rear boundaries; 50 foot from the town boundary.  **This permit will correspond with the permit for the NEW HOME when issued. **Building Permit issued on 12/03/03 is at "OWNER'S RISK".**
Effective 10-1-84 an As-Built Certification is required on the foundation and septic system installation.

The Commonwealth of Massachusetts
Town of Berkley

In accordance with the Massachusetts State
Building Code, Section 114.0, this

# BUILDING PERMIT

Is issued to: Alan Dreyfus

Address: 119 Union St., Mansfield, Ma 02048

Contractors License #

Permit To: Construct House Foundation

Location: 46R N. Main St.

Map/Lot # 2 Lot 51-02

Construction Type: 5-B Use group: R-4

Dimensions: 32  Width 68 Length  Height

Owner: Same

Address: Same

Phone: 508-339-9089

All work shall conform to the approved application and plans.

This permit shall become invalid unless the work has commenced within six (6) months, or if work is suspended for a period of one (1) year.

Permit #03116 Date Issued: 06/04/03

Fee:$ 843.00  Building Official: Joseph Lawrence





| INSPECTION | BY | DATE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **FINAL APPROVALS** |  |  |
| Well |  |  |
| Sanitation |  |  |
| Plumbing |  |  |
| Electrical |  |  |
| Smoke Detectors/Fuel systems |  |  |
| Other: |  |  |

**INSPECTION RECORD**

REMARKS: Zoning regulations require 15 foot setback from side and rear boundaries; 50 foot from the town boundary.  **This permit will correspond with the permit for the NEW HOME when issued. **

QUITCLAIM DEED

BK 11947 PG 209
04/22/03 11:50   36426

Stephen E. Shamban, Chapter 7 Trustee in Bankruptcy of Donald Hinman (United States Bankruptcy Court, District of Massachusetts, Chapter 7 Case No. 00-16219-CJK)

of Braintree, Norfolk County, Massachusetts,

for consideration paid, and in full consideration of ONE HUNDRED FORTY THOUSAND and 00/100 DOLLARS ($140,000.00)

grant to Alan S. Dreyfus

of 119 Union Street, Mansfield, Bristol County, Massachusetts, with quitclaim covenants

the land in Berkley, Bristol County, Massachusetts, located on the easterly side of North Main Street, and shown as

> Lot 3 consisting of approximately 1.58 acres of land as shown on Town of Berkley Assessors Map 2 Lot 51-02.3 and a parcel shown as "Remaining Land of Assessors Map 2, Parcel 51-02" consisting of approximately 7.18 acres of vacant land. Said premises are more particularly described in a plan entitled "A Plan of Land in Berkley, MA prepared for Donald and Donna Hinman dated December 15, 1995 and recorded in Plan Book 351, Page 73 at the Bristol County Registry of Deeds (Northern District).

For my authority to see Court Orders of August 26, 2002 and March 25, 2003 to be recorded herewith. Being a portion of the premises described in Deed dated March 14, 1986 and recorded with said Deeds in Book 2939, Page 101.

Witness my hand and seal this /8 day of April, 2003.

Stephen E. Shamban, Chapter 7
Trustee in Bankruptcy

CANCELLED

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.                                APRIL \8 , 2003

Then personally appeared the above named Stephen E. Shamban, Chapter 7 Trustee in Bankruptcy and acknowledged the foregoing instrument to be his free act and deed before me,

Debra A. Hurley   Notary Public

jm:hinman.4.17.03                    My Commission Expires: 7\19\07

Return to:
Alan S. Dreyfus, 119 Union St., Mansfield, MA  02048



# FORWARD FINANCIAL COMPANY

350 Church Street • Northboro, Massachusetts 01532 • (508) 393-5500
Web Site: http://www.forwardfinancial.com

February 28, 2003

Alan S. Dreyfus
119 Union Street
Mansfield, MA 02048

Dear Alan S. Dreyfus;

I am pleased to inform you that you have been approved for the purchase of land on North Main Street, Berkley, MA with a Purchase Price of $140,000.00, as described in the Purchase and Sale Agreement dated February 16, 2003.

Thank you for choosing Forward Financial Company and let us know as soon as a closing date has been scheduled. Please call with any questions.

Sincerely,

R. Stanley Locke
Vice President

BUILDING DEPARTMENT
TOWN OF BERKLEY
1 NORTH MAIN ST
BERKLEY, MASSACHUSETTS 02779
508-824-9286

DATE 6-4-03

PERMIT# 03116

ADDRESS 46R N. Main St

THIS IS FOR A FOUNDATION AT "OWNER'S RISK" FOR FUTURE PERMITS TO
BUILD UPON FOUNDATION.

SIGNATURE



# TOWN OF BERKLEY

MASSACHUSETTS

### BOARD OF APPEALS

1 NORTH MAIN STREET
BERKLEY, MA 02779
OFFICE: (508) 821-1575

*Note: Corrected date for this Hearing*
*5-14-03*

In accordance with Massachusetts General Laws Chapter 40A, as amended. The Berkley Board of Appeals will hold a public Hearing on Wednesday ~~May 5, 2003~~ at 9:00 P.M. at the town office building 1 North Main Street Berkley, MA., in the Frances Andrews Hearing room. The purpose is on the application presented by Mr. Alan Dreyfus. Owners, Donald and Donna Hinman.

The applicant is seeking a variance of the Town of Berkley Zoning By-Law dimensional regulations with the respect to Seek relief from Section 4 (a). In particular, the request is from the requirement that a width and frontage of 200 feet shall apply.

The location of the property is known as MAP 2 LOTS 51-02 located at 46 Rear North Main Street.

Any person(s) interested or wishing to be heard on this matter should attend the Hearing.

<div align="center">

Town of Berkley
Board of Appeals
Chairman
Steven Bachand, Sr.

</div>

# TOWN OF BERKLEY

## MASSACHUSETTS

OFFICE OF

## TOWN CLERK - TREASURER

CAROLYN AWALT, CMMC CMMT

5/2/2003

TAX TITLE ACCOUNT   HINMAN

MAP 2   LOT 51.02   027/002.0-0051-0002.0

LAND NO MAIN ST  7.18 ACRES

| DEBT | TAX YR | END DATE | BEGIN DATE | # DAYS | INTEREST | TOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|
| $ 851.51 | 1997 | 4/16/2003 | 6/30/1998 | 1751 | $ 653.59 | $ 1,505.10 | $ 1,505.10 |
| $ 712.42 | 1998 | 4/16/2003 | 6/30/1998 | 1751 | $ 546.83 | $ 1,259.25 | $ 2,764.34 |
| $ 766.24 | 1999 | 4/16/2003 | 6/30/1999 | 1386 | $ 465.54 | $ 1,231.78 | $ 3,996.12 |
| $ 804.07 | 2000 | 4/16/2003 | 6/30/2000 | 1020 | $ 359.52 | $ 1,163.59 | $ 5,159.71 |
| $ 939.15 | 2001 | 4/16/2003 | 6/30/2001 | 655 | $ 269.65 | $ 1,208.80 | $ 6,368.51 |
| $ 955.41 | 2002 | 4/16/2003 | 6/30/2002 | 290 | $ 121.45 | $ 1,076.86 | $ 7,445.38 |
| | | | | | tax collector per diem to 6-30 | | |
| $ 898.24 | 2003 | | | | $ 19.50 | $ 917.74 | $ 8,363.12 |

| | | |
|---|---|---|
| Redemption cost | $ | 75.00 |
| Notary | $ | 6.00 |
| Recording | $ | 3.00 |
| Postage | $ | 0.37 |
| total | $ | 84.37 |

Total due including redemption costs:   $ 8,447.49

Paid In Full 4/22/2003

# TOWN OF BERKLEY

## MASSACHUSETTS

### OFFICE OF
### TOWN CLERK - TREASURER
CAROLYN AWALT, CMMC CMMT

5/2/2003
TAX TITLE ACCOUNT  MAP 2
HINMAN

LOT 51.02.3
027-002.0-0051-0002.3

LAND NO. MAIN ST 1.58 ACRES

| DEBT | TAX YR | END DATE | BEGIN DATE | # DAYS | INTEREST | TOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|
| $ 660.18 | 1997 | 4/16/2003 | 6/30/1998 | 1751 | $ 506.73 | $ 1,166.91 | $ 1,166.91 |
| $ 546.78 | 1998 | 4/16/2003 | 6/30/1998 | 1751 | $ 419.69 | $ 966.47 | $ 2,133.38 |
| $ 588.00 | 1999 | 4/16/2003 | 6/30/1999 | 1386 | $ 357.25 | $ 945.25 | $ 3,078.62 |
| $ 625.77 | 2000 | 4/16/2003 | 6/30/2000 | 1020 | $ 279.80 | $ 905.57 | $ 3,984.19 |
| $ 727.55 | 2001 | 4/16/2003 | 6/30/2001 | 655 | $ 208.90 | $ 936.45 | $ 4,920.64 |
| $ 739.58 | 2002 | 4/16/2003 | 6/30/2002 | 290 | $ 94.02 | $ 833.60 | $ 5,754.23 |
| | | | | | tax collector per diem | | |
| $ 695.48 | 2003 | | | | $ 19.50 | $ 714.98 | $ 6,469.21 |
| Redemption cost | | | | | | $ 75.00 | |
| Notary | | | | | | $ 6.00 | |
| Recording | | | | | | $ 3.00 | |
| Postage | | | | | | $ 0.37 | |
| total | | | | | | $ 84.37 | |
| | | | | Total due including redemption costs: | | | $ 6,553.58 |

Paid In Full 4/22/2003



Environmental Chemistry
Site Assessment
Quality Assurance Services

Environmental Services
Site Sampling
Data Auditing

## CERTIFICATE OF ANALYSIS

Hadrose Well Drilling
43 Padelford St.
Berkley, MA  02779

COLLECTED BY: J. Rose
TIME:              16:30
LOCATION:    46 R N. Main St., Berkley, MA
                      Well 360' Deep 6 GPM

REPORTED:      07/30/2003
ORDER #:          G0349416
SAMPLE DATE:  7/14/2003
DATE RECEIVED:  7/14/2003
SAMPLE ID:        Al Dreyfus
DESCRIPTION:    DRINKING WATER

### RESULTS OF ANALYSIS

| Parameter | Analytical Method | Date Analyzed | Units | Det. Limit | MCL Reg. Limit | Result |
|---|---|---|---|---|---|---|
| **Potability** | | | | LAB-ID#: | 0349416-01 | |
| Coliform, Total 9222A | SM 9222A | 07/15/2003 | # per 100 mL | 0 | Absent [1,4] | Absent |
| Alkalinity 310.2 | EPA 310.2 | 07/15/2003 | mg/L | 4 | 30-100 [2] | 84.8 |
| Ammonia, Nitrogen 350.1 | EPA 350.1 | 07/16/2003 | mg/L | 0.1 | --- [2] | <0.10 |
| Calcium 3111B | SM3111B | 07/15/2003 | mg/L | 0.05 | --- [2] | 18.7 |
| Chloride 4110B | SM 4110B | 07/15/2003 | mg/L | 2 | 250 [2] | 41.6 |
| Copper 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.02 | 1.3 | ND |
| Hardness | SM 2340B | 07/15/2003 | mg/L | 4 | 50-150 [2] | 59.4 |
| Lead 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.001 | 0.015 | ND |
| Nitrate, Nitrogen 4110B | SM 4110B | 07/15/2003 | mg/L | 0.1 | 10.0 [1] | <0.10 |
| Nitrite, Nitrogen 4110B | SM 4110B | 07/15/2003 | mg/L | 0.05 | 1.0 [1] | <0.05 |
| pH | SM 4500 H+B | 07/15/2003 | S.U. | 0-14 | 6.5-8.5 [2] | 8.0 |
| Specific Conductance | SM2510B | 07/15/2003 | umhos/cm | 0.5 | ---- | 332 |
| Sulfate 4110B | SM 4110B | 07/15/2003 | mg/L | 10 | 500 [2] | <10.0 |
| Turbidity | SM 2130B | 07/15/2003 | NTU | 0.25 | 0.25-1.0 [2] | 5.8 |
| Iron | SM 3111B | 07/15/2003 | mg/L | 0.02 | 0.30 [2] | 0.43 |
| Magnesium 3111B | SM 3111B | 07/15/2003 | mg/L | 0.01 | 50 [3] | 3.06 |
| Manganese 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.005 | 0.05 [3] | 0.084 |
| Potassium | EPA 200.8 | 07/16/2003 | mg/L | 0.005 | --- | 0.901 |
| Sodium | SM 3111B | 07/15/2003 | mg/L | 0.02 | 20.0 [2] | 49.5 |



Environmental Chemistry
Site Assessment
Quality Assurance Services

# Analytical Balance
## C O R P O R A T I O N
### CERTIFICATE OF ANALYSIS

Environmental Services
Site Sampling
Data Auditing

Hadrose Well Drilling
43 Padelford St.
Berkley, MA 02779

COLLECTED BY: J. Rose
TIME:              16:30
LOCATION:      46 R N. Main St., Berkley, MA
                      Well 360' Deep 6 GPM

REPORTED:          07/30/2003
ORDER #:            G0349416
SAMPLE DATE:      7/14/2003
DATE RECEIVED:   7/14/2003
SAMPLE ID:          Al Dreyfus
DESCRIPTION:      DRINKING WATER

### RESULTS OF ANALYSIS

| Parameter | Analytical Method | Test Date | Unit | Detection Limit | MCL Rec. Limit | Result |
|---|---|---|---|---|---|---|
| **Test Parameters** | | | | **LAB-ID#:** | **0349416-01** | |
| Aluminum 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.01 | 0.20 | ND |
| Arsenic 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.005 | 0.05 | ND |
| Barium 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.10 | 2.0 | ND |
| Beryllium 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.002 | 0.004 | ND |
| Cadmium 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.001 | 0.005 | ND |
| Chromium 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.005 | 0.1 | ND |
| Chromium, Hexavalent | SM 307B | 07/15/2003 | mg/L | 0.01 | --- | <0.01 |
| Color | SM2120B Mod. | 07/16/2003 | APC units | 0 | --- [2] | 30 |
| Cyanide 4500-CN-C/E | SM 4500 CN-C/E | 07/18/2003 | mg/L | 0.01 | 0.2 | <0.01 |
| Free Carbon Dioxide | SM 4500-CO2 B | 07/18/2003 | mg/L | 1.0 | 50 [3] | 1.70 |
| Mercury 200.8 | EPA 200.8 | 07/22/2003 | mg/L | 0.0002 | 0.002 | ND |
| Nickel 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.005 | 0.1 | ND |
| Selenium 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.005 | 100 | ND |
| Silver 200.8 | EPA 200.8 | 07/16/2003 | mg/L | 0.005 | 0.10 | ND |

**Bacteriologically and chemically, this water meets the Maximum Contaminant Level requirements as established by the Commonwealth of Massachusetts for drinking water (for the parameters tested).**

NA = Not Applicable
ND = Not Detected
'<' = Less Than
'*' = Detection Limit

Approved By: _____
                        Lab Manager        Date

1. These limits are maximum contaminant levels (MCL) as adopted by the Commonwealth of Massahusetts and represent the maximum acceptable level in drinking
2. Recommended limits are suggested levels of materials allowed in water. These may be for aesthetic reasons rather than for human health.
3. Currently there are no limits (recommended or mandated) for this parameter. This is merely presented for guidance.
4. If present, coliform values (in parentheses) are defined as estimated numbers.

Environmental Chemistry
Site Assessment
Quality Assurance Services



Analytical Balance
C O R P O R A T I O N

Environmental Services
Site Sampling
Data Auditing

## CERTIFICATE OF ANALYSIS

Hadrose Well Drilling
43 Padelford St.
Berkley, MA 02779

COLLECTED BY: J. Rose
TIME:          16:30
LOCATION:     46 R N. Main St., Berkley, MA
              Well 360' Deep 6 GPM

| | |
|---|---|
| REPORTED: | 07/30/2003 |
| ORDER #: | G0349416 |
| SAMPLE DATE: | 7/14/2003 |
| DATE RECEIVED: | 7/14/2003 |
| SAMPLE ID: | Al Dreyfus |
| DESCRIPTION: | DRINKING WATER |

### RESULTS OF ANALYSIS

| Analytical Parameters | Result | MDL | Detection Limit | Analytical Method | Date Analyzed |
|---|---|---|---|---|---|
| **Test Parameters** | | | **LAB-ID#:** | 0349416-01 | |
| Asbestos | <0.193 | 7 | 0.193 | EPA 100.1/100.2 | 7/28/2003 |

Surrogate Recoveries (As required by EPA methods 524.1 and 524.2)

### RESULTS OF ANALYSIS

| Parameters | Result | MDL | Detection Limit | Analytical Method | Date Analyzed |
|---|---|---|---|---|---|
| **Organics, Volatile Meth. 524** | | | **LAB-ID#:** | 0349416-01 | |
| Benzene | ND | 5.0 | 0.5 | EPA 524 | 7/18/2003 |
| Carbon Tetrachloride | ND | 5.0 | 0.5 | EPA 524 | 7/18/2003 |
| 1,1-Dichloroethylene | ND | 7.0 | 0.5 | EPA 524 | 7/18/2003 |
| 1,2-Dichloroethane | ND | 5.0 | 0.5 | EPA 524 | 7/18/2003 |
| para-Dichlorobenzene | ND | 5.0 | 0.5 | EPA 524 | 7/18/2003 |
| Trichloroethylene | ND | 5.0 | 0.5 | EPA 524 | 7/18/2003 |
| 1,1,1-Trichloroethane | ND | 200.0 | 0.5 | EPA 524 | 7/18/2003 |
| Vinyl Chloride | ND | 2.0 | 0.5 | EPA 524 | 7/18/2003 |
| Monochlorobenzene | ND | 100.0 | 0.5 | EPA 524 | 7/18/2003 |
| o-Dichlorobenzene | ND | 600.0 | 0.5 | EPA 524 | 7/18/2003 |
| trans-1,2-Dichloroethylene | ND | 100.0 | 0.5 | EPA 524 | 7/18/2003 |
| cis-1,2-Dichloroethylene | ND | 70.0 | 0.5 | EPA 524 | 7/18/2003 |
| 1,2-Dichloropropane | ND | 5.0 | 0.5 | EPA 524 | 7/18/2003 |
| Ethylbenzene | ND | 700.0 | 0.5 | EPA 524 | 7/18/2003 |
| Styrene | ND | 100.0 | 0.5 | EPA 524 | 7/18/2003 |
| Tetrachloroethylene | ND | 5.0 | 0.5 | EPA 524 | 7/18/2003 |
| Toluene | ND | 1000.0 | 0.5 | EPA 524 | 7/18/2003 |
| Xylenes (total) | ND | 10000.0 | 0.5 | EPA 524 | 7/18/2003 |
| Dichloromethane | ND | 5.0 | 0.5 | EPA 524 | 7/18/2003 |
| 1,2,4-Trichlorobenzene | ND | 70.0 | 0.5 | EPA 524 | 7/18/2003 |
| 1,1,2-Trichloroethane | ND | 5.0 | 0.5 | EPA 524 | 7/18/2003 |

*Analytical Balance Corp.,*   422 West Grove Street, Middleboro, MA 02346   Ph: 508-946-2225

Environmental Chemistry
Site Assessment
Quality Assurance Services



Analytical Balance
C O R P O R A T I O N

Environmental Services
Site Sampling
Data Auditing

**CERTIFICATE OF ANALYSIS**

Hadrose Well Drilling
43 Padelford St.
Berkley, MA 02779
COLLECTED BY: J. Rose
TIME:          16:30
LOCATION:      46 R N. Main St., Berkley, MA
               Well 360' Deep 6 GPM

| | |
|---|---|
| REPORTED: | 07/30/2003 |
| ORDER #: | G0349416 |
| SAMPLE DATE: | 7/14/2003 |
| DATE RECEIVED: | 7/14/2003 |
| SAMPLE ID: | Al Dreyfus |
| DESCRIPTION: | DRINKING WATER |

**RESULTS OF ANALYSIS**

| Compound Analyzed | Result μg/l | MDL μg/l | Detection Limit μg/l | Analytical Method | Date Analyzed |
|---|---|---|---|---|---|
| *Organics, Volatile Meth. 524* | | | LAB-ID#: | 0349416-01 | |
| Chloroform | 0.8 | --- | 0.5 | EPA 524 | 7/18/2003 |
| Bromodichloromethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Chlorodibromomethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Bromoform | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| m-Dichlorobenzene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Dibromomethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| 1,1-Dichloropropene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| 1,1-Dichloroethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| 1,1,2,2-Tetrachloroethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| 1,3-Dichloropropane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Chloromethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Bromomethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| 1,2,3-Trichloropropane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| 1,1,1,2-Tetrachloroethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Chloroethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| 2,2-Dichloropropane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| o-Chlorotoluene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| p-Chlorotoluene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Bromobenzene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| 1,3-Dichloropropene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| 1,2,4-Trimethylbenzene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| 1,2,3-Trichlorobenzene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| n-Propylbenzene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| n-Butylbenzene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Naphthalene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Hexachlorobutadiene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| 1,3,5-Trimethylbenzene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| p-Isopropyltoluene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |

Environmental Chemistry
Site Assessment
Quality Assurance Services



Analytical Balance
C O R P O R A T I O N

Environmental Services
Site Sampling
Data Auditing

## CERTIFICATE OF ANALYSIS

Hadrose Well Drilling
43 Padelford St.
Berkley, MA 02779
COLLECTED BY: J. Rose
TIME:           16:30
LOCATION:       46 R N. Main St., Berkley, MA
                Well 360' Deep 6 GPM

REPORTED:        07/30/2003
ORDER #:         G0349416
SAMPLE DATE:     7/14/2003
DATE RECEIVED:   7/14/2003
SAMPLE ID:       Al Dreyfus
DESCRIPTION:     DRINKING WATER

### RESULTS OF ANALYSIS

| Compound/ Analyte | Result | MDL | Detection Limit | Method Ref. | Date Analyzed |
|---|---|---|---|---|---|
| **Organics, Volatile Meth. 524** | | | LAB-ID#: | 0349416-01 | |
| Isopropylbenzene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| tert-Butylbenzene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| sec-Butylbenzene | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Fluorotrichloromethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Dichlorodifluoromethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Bromochloromethane | ND | --- | 0.5 | EPA 524 | 7/18/2003 |
| Methyl-tertiary-butyl-ether | ND | --- | 1.0 | EPA 524 | 7/18/2003 |

Surrogate Recoveries (As required by EPA methods 524.1 and 524.2)

| Compound | % Recovered | QC Limits (%) | |
|---|---|---|---|
| 1,2-dichlorobenzene-d4 | 94 | 70 | 130 |
| 4-bromofluorobenzene | 97 | 70 | 130 |

Approved By _____
(Lab Manager)    Date

ND = Not Detected

1. These limits are maximum contaminant levels (MCL) as adopted by the Commonwealth of Massachusetts and represent the maximum acceptable level in drinking
Water.

No. _____

FEE $\overset{oo}{200}^{oo}$.

# 3146 plan review

## COMMONWEALTH OF MASSACHUSETTS

*Board of Health,* Bentley _____ *, MA.*

## APPLICATION FOR DISPOSAL SYSTEM CONSTRUCTION PERMIT

Application for a Permit to Construct ( ✓ ) Repair( ) Upgrade( ) Abandon( ) - ❑ **Complete System** ❑ **Individual Components**

| | |
|---|---|
| Location  46R  North Main Street | Owner's Name  Alen  Drayfw |
| Map/Parcel#  2 | Address 119 Union St.  Mansfield |
| Lot#  51-02 | Telephone#  508 - 337 - 9069 |
| Installer's Name  BLG  Enterprises | Designer's Name  Holmes Engineering Inc |
| Address 73  N. Main St.  Bentley | Address 22  Bentley St.  Bentley |
| Telephone#  508 - 823 - 0423 | Telephone#  508 650 65 35 |

Type of Building _____ Single Family Home _____ Lot Size 718 Ac, sq.ft.
Dwelling - No. of Bedrooms ____ 3 _____ Garbage grinder ( )
Other - Type of Building _____ No. of persons _____ Showers ( ), Cafeteria ( )
Other Fixtures _____
Design Flow (min. required)  330 ____ gpd  Calculated design flow  330 ____ Design flow provided  33 ◯ ____ gpd
Plan: Date  6-6-03 ____ Number of sheets  2 ____ Revision Date _____
Title  Septic System Plan for Alen Drayfw
Description of Soil(s)  0"-12"  Sandy Loam  12"-24"  Loamy Sand  24"-80" Loamy SN
Soil Evaluator Form No.  4-25-03  Name of Soil Evaluator  G Berger V  Date of Evaluation _____

DESCRIPTION OF REPAIRS OR ALTERATIONS _____
_____
_____

The undersigned agrees to install the above described Individual Sewage Disposal System in accordance with the provisions of TITLE 5 and further agrees to not to place the system in operation until a Certificate of Compliance has been issued by the Board of Health.
Signed X _____ Date _____

Inspections _____
_____
_____

No. _____

FEE _____

## COMMONWEALTH OF MASSACHUSETTS

*Board of Health,* _____ *, MA.*

## CERTIFICATE OF COMPLIANCE

**Description of Work:** ❑ **Individual Component(s)** ❑ **Complete System**

The undersigned hereby certify that the Sewage Disposal System; Constructed ( ), Repaired ( ), Upgraded ( ), Abandoned ( ) .
by: _____
at _____

has been installed in accordance with the provisions of 310 CMR 15.00 (Title 5) and the approved design plans/as-built plans relating to
application No. _____, dated _____. Approved Design Flow _____(gpd)

Installer _____

Designer: _____ Inspector: _____ Date: _____



Perc tests to be 100 feet from any wetland resource area and 200 feet from any perennial stream or river

FOR PERC. TESTS ONLY

APPROVED

Cons......

John H. M.....  01/25/03
NAME                 DATE

| Holmes Engineering, Inc.<br>*Civil Engineering and Consulting*<br>622 Berkley Street<br>Berkley, MA 02779<br>Phone: 508-880-6535 | **ASSESSORS PLAN**<br>**A.P. 2, LOT 51-02 & 51-02.3**<br>**46 & 46R NORTH MAIN STREET**<br>**BERKLEY, MASSACHUSETTS** | DATE:<br>JANUARY 21, 2003<br><br>SCALE:<br>1" = 500' |

# GAY & GAY ATTORNEYS, P.C.

73 Washington Street

P.O. Box 988

Taunton, Massachusetts 02780

David T. Gay
Thomas P. Gay
Katherine A. Field
Marguerite M. DeMejo

Peter B. Gay
Of Counsel

Tel. (508) 822-2071
Fax (508) 880-2602

November 17, 2003

Mr. Joseph Lawrence, Building Inspector
Town of Berkley
Town Hall
1 North Main Street
Berkley, MA 02779

### RE:    Property of Alan Dreyfus, 46R N. Main Street, Map 2, Lot 51-02

Dear Mr. Lawrence:

Per your request we have reviewed the provisions of M.G.L. Chapter 111, Section 31E. As we understand it this section was brought to your attention by Mr. Dreyfus in support of his request that you issue a building permit for the above-referenced property.

As you know the Building Permit has been withheld in part, because the Board of Health has requested that the owner of the property complete certain soil sample studies prior to the Board approving the construction of a single family dwelling at this location. The Board of Health's concerns have been outlined in correspondence between this office and the office of Attorney Francis M. O'Boy who represented Mr. Dreyfus and contacted the Board by letters addressed to this office and to the Board of Health dated September 2003.

It was my understanding based on negotiations between the Board of Health members, members of the Board of Selectmen and Mr. Dreyfus that an agreement had been reached with respect to the soil samples that were necessary, the processing of those samples, etc. It is also my understanding that the results of the soil sample tests have not yet been received by the Town.

With the above as background it appears that Section 31E of Chapter 111, requires the Board of Health to act on an application for a sewage disposal permit within forty-five days of the receipt of the completed application. A completed application must include, according to this statute, all information satisfactory to the local Board of Health regarding the number of deep hole observations, all percolation test results and a plan which meets the requirements of the state sanitary code and any local health regulations. The application shall be considered filed on the date it is completed and all of the information required has been presented to the Board of Health by the person who is seeking the permit.

Mr. Joseph Lawrence, Building Inspector
November 17, 2003
Page Two

---

The section goes on to state that the Board must act on the completed application within 45 days. Failure to act within the 45 days will result in the application being deemed to have been granted.

Having reviewed this matter in detail, it is my opinion that the Board of Health has not received as yet a completed application from this property owner. The Board has made its request for soil samples known to the property owner and known to the property owner's attorney both orally and in writing. Until those soil sample tests have been received and reviewed by the Board a completed application is not on file. Therefore the 45 days within which the Board has to act has not yet begun.

Further, because of the Board of Health's communication with Mr. Dreyfus and his attorney both orally and written (through this office) if it were determined that a completed application was on file the Board has denied the application. In either case the Application cannot be deemed granted pursuant to the terms of this section of the law based on the facts as we understand them.

It is, therefore, our opinion that you are not able to issue a building permit or any other permit for construction work at this site until the Board of Health has received and acted upon the completed application.

If you have any additional questions please contact me.

Very truly yours,

GAY & GAY ATTORNEYS, P.C.

David T. Gay, Esquire

DTG/bd
Enclosure

cc:   Board of Selectmen
      Town of Berkley
cc:   Board of Health
      Town of Berkley

DTG/Berkley/ltr. to Julie Taylor re Annual Town Meeting 5.21.03

Volume 312, Number 67

34,945 DAILY READERS

www.shu

# A muddied future

## Threatening notes left at building site

**By JAY LeBLANC**
*Gazette Staff Writer*

BERKLEY — Alan Dreyfus said his hopes to build a dream house here have turned into a nightmare.

The Mansfield resident said he plans to sue the town, the Board of Health and three of its members for damages.

"They've messed with the bull, and they're getting the horns now," Dreyfus said. "I've been humiliated at a

public meeting and now I'm being threatened. I'm caught between a rock and a hard place."

However, Board of Health Chairman James Romano called the matter a mere misunderstanding.

"It can be resolved very easily if he wants to come in and talk to us as a board and work with us," Romano said.

Earlier this year, Dreyfus began to explore the possibility of purchasing an 8.5-acre parcel at 46 North Main St. to build a log home for his family and operate a farm.

The property sits near the Bogs Landing site — a 6-acre area that received waste from the now defunct Geilich Tannery in Taunton — so Dreyfus contacted the

Department of Environmental Protection, which, he said, assured him the site was now clean.

Romano countered that, "The Environmental Protection Agency said that they suspect that up to 500 surrounding acres may have possibly been contaminated by Bogs Landing."

► HOME, Page A8



*Gazette*
Alan Dreyfus stands in front of the Berkley house is under construction. Soil concer delays in construction.

# Board considers inspection changes

**By MARIA KRAJNAK**
*Gazette Staff Writer*

TAUNTON — The planning board last night voted to consider adopting a two-tiered inspection process for housing subdivisions.

The proposed changes to the planning board's rules and regulations would

# Stude seek great secur

**By JAY LeBLANC**
*Gazette Staff Writer*

BERKLEY —
Middle School
Principal T. Ross

**From Page A1**

Dreyfus also said the BOH's secretary reviewed records and found no problems with the site in the past, which Romano said may have occurred because the parcel has been listed under a number of various addresses throughout the years.

In May, Dreyfus purchased the property for $140,000 and hired Holmes Engineering of Berkley in hopes of beginning the project. He paid the BOH a $400 fee for a percolation test.

Dreyfus said that once he purchased the property, he was told he would need to have a 21E procedure — the DEP's classification for a hazardous waste site cleanup — performed on the property.

He estimated the procedure would cost upwards of $5,000 and said he should have been notified of any potential contamination issues at the time of the percolation test. He said he asked Romano to substantiate the need for the test and never got an answer.

Romano said the BOH never even required Dreyfus to perform a 21E.

"We never asked for a full-blown 21E," Romano said. "We asked him for five soil samples to be tested for contamination related to the tannery waste."

Romano also said Berkley resident Gene Flint contemplated purchasing the property in question, but found contaminants in soil on the site and backed out of the deal. Dreyfus called the test performed by Flint "bogus."

The BOH issued a well permit to Dreyfus in order to have water on the site tested for contaminants. Dreyfus

said Romano told him that if the water did not show evidence of contamination, he would forget about doing any further testing." Romano said the board always wanted Dreyfus to perform soil tests.

Dreyfus went ahead with construction of the house's well and foundation in late June. A water sampling performed by Analytical Balance of Middleboro showed no signs of contamination, Dreyfus said, and he could find no evidence of stunted or odd vegetation growth on the site. Despite the test, Dreyfus said Romano once again told him that a 21E needed to be done on the property, which Romano denies.

> They've overstepped their bounds and violated my civil rights.
>
> — Alan Dreyfus, homeowner

In a letter dated Aug. 20, 2003 and addressed to Dreyfus, the BOH wrote: "As the Board of Health told you at our meeting on Aug. 12, 2003, before approving septic design plans, you need to have a 21E study done on the soil on your property at 46R North Main Street." The letter is signed by Romano and fellow board members Anne Hathaway and Steven Rapoza.

"I'm mad because I have $200,000 of materials sitting out in a field getting ruined by the elements," he said. "I'm three months behind schedule, with fall right around the corner."

Dreyfus also said he has found three troubling, anonymous notes at the site in recent months as he has



*Gazette photo by Mike Gay*

Anonymous notes have been found on the Berkley property on which Dreyfus is building a new house.

sparred with the BOH.

The first, which he said he found stuck on a branch along the property's driveway, read "Get rid of Fred and you'll get your building permit."

Dreyfus believes the "Fred" in question is former Board of Selectmen Chairman Alfred Gouveia, whose company, BLG Construction, has done work on the site.

"We as a board have no ill feelings toward Fred Gouveia for anything he did as a selectman," Romano said.

Gouveia said that while serving as selectman in 2000, he had a clash with the Board of Health over spending practices. At town meeting in 2001, the board's revolving accounts were taken away, and board members were put on salary. He said the dispute has gone on ever since.

The second note, allegedly found in late June, read "For a small fee, we can get rid of the 21E test." On Tuesday, Dreyfus said he found a third note attached to the corner of his foundation with a nail. The note read, "Back off or you will be real sorry."

"I guess I'm getting welcomed to Berkley in a Berkley fashion," Dreyfus said. "I'm not used to it."

Dreyfus, who would not speculate on who left the notes, has reported the incidents to the state Board of Ethics, the DEP and the Berkley police. Romano said he was certain that no one on his board would leave notes like those found at the site.

Dreyfus' problems with the BOH continued last Tuesday at the board's biweekly meeting. Dreyfus brought a videographer to record the meeting, but Romano called the police department and had the tape confiscated. Dreyfus said the videographer announced that he would be recording the proceedings, but Romano said he called police because Dreyfus' videographer never announced that he was recording.

"As the questions got uglier and I got no answers, Jim Romano called the police

# Going Out of Business Sale!!!
## NORTHEAST OUTFITTERS
### Everything at or Below Dealer Cost

# Out of Business Sale!!!

## RTHEAST OUTFITTERS

### thing at or Below Dealer Cost

### turday Sept. 6th 10am-5pm
### unday Sept. 7th 12pm-4pm

on:

- HEF CLOTHING
- LOTHING
- DE CLOTHING
- OC CLOTHING
- NDS
- CESSORIES
- APER MUZZY NAP
- EADS
- BOOTS
- TION
- S SCOPES
- ANGE FINDERS
- EW AND USED



## Everything Must Go!!!!!

## rs Inquiries Welcome!!!

### INCT STREET – LAKEVILLE, MA
### ED ¼ MILE WEST OF THE JUNCTION
### OF RT 18 & RT 105

# 508-947-6660

videographer announced that he would be recording the proceedings, but Romano said he called police because Dreyfus' videographer never announced that he was recording.

"As the questions got uglier and I got no answers, Jim Romano called the police department," Dreyfus said. "They had the videographer removed and had the tape taken away by the police. Taking that tape away is a major violation of my civil rights." The tape has since been returned to Dreyfus.

Dreyfus said unnecessary delays caused by the BOH have cost him the services of contractors and prevented him from selling his Mansfield home. He has secured the services of attorney Francis O'Boy of Taunton and said he will file a lawsuit against the town, the BOH and board members Romano, Rapoza and Hathaway.

"All I want to do is build my house and live here," said Dreyfus. "They've overstepped their bounds and violated my civil rights."

Taunton wants everythi or nothing."

Councilor Debra Botellio said city parki ates were still a "jok when compared to rates other cities. "I w appalled to find out have a deficit of more th

# Boot Dr more th

**Gazette Staff Reports**

Taunton firefight yesterday finished co ing the donations t collected on Labor Da their annual "fill the b drive for the Musc Dystrophy Association

The total came $12,213 and change "the second highest t that we ever collect said Firefighter Paul son, who helped orga the fund-raiser.



# BAY STATE PET & G
### 445 WINTHROP ST. • TAU
Hours: Mon. thru Fri. 8-6; Sat. & Sun. 9-5

## FALL CLEARAN

## 40% OFF Shrubs & Water Plants

- Hearty Mums
- Crazy Gourds
- Fresh Pumpkins
- Cornstalks

*Decorate Your Ho*
Keep an eye out for our

— GRASS SEED & FALL FERT
Great For Resee

Case 1:05-cv-10876-WGY    Document 9-3    Filed 05/05/2005    Page 1 of 1

# TAUNTON

**L NEWS: B5-B6, B8**

## Inside

**B**

Brockton today ......... B4
Nation/World ............ B6
Obituaries ............... B7
State news ....... B5, B8
Weather ................... B8



# Ethics panel to investigate Berkley case

■ Local contractor Matthew St. Germain will be asked about allegations he paid off two Board of Health members.

**By Michael J. DeCicco**
ENTERPRISE CORRESPONDENT

BERKLEY — Berkley contrac-
tor Matthew St. Germain has been
ordered to appear before the state
Ethics Commission to answer an
allegation he paid two town Board
of Health members for a certificate
of compliance on a septic system.

The commission alleges St.
Germain paid $100 cash to Board
of Health members James Romano
and Steve Raposa to obtain a com-
pliance certificate for a septic sys-
tem at 142 Bryant St. in January
2000.

The order states St. Germain
violated the law prohibiting any-
one from "corruptly offering a
state employee anything of value
with the intent to influence any of-
ficial act" and the commission has
the authority to impose up to a
$2,000 ... and penalties per viola ...

It asks St. Germain to appe...
tion.

It asks St. Germain to appe...
before a public hearing, which w...
be held within 90 days fro...
Wednesday, when the order was i...
sued. That hearing has yet to ...
scheduled.

It also says St. Germain r...
quested that the owner of the pro...
erty at 142 Bryant St. reimburs...
him the $200 he had paid to t...
two health board members.

Romano, the board's chairma...
said he recalls appearing befo...
the Ethics Commission to testi...
regarding the incident, but d...
clined to elaborate.

"I don't have that order in fro...
of me so I can't comment," Roma...
said. "I won't comment until I ...
to my lawyer and until Steve ...
posa has a lawyer".

Calls to Romano's attorn...
William Brown, and to the bu...
ness and residences of Matth...
St. Germain were not return...
Wednesday night.

Ethics Commission spokes...
Carol Carson said the order is t...
first document the commission
sues to a defendant in such a c...
and therefore St. Germain has...
yet responded. He has 20 days...
respond.

**BERKLEY/Page B3**



• Police took a report at 2:18 p.m. from a caller reporting two tires slashed on a motor vehicle at 51 King Philip Road.
• Police responded at 2:44 p.m. to a report of suspicious activity at F. Kennedy Drive.
• Police took a report at 3:59 p.m. that a house was egged ... ld Drive Exten...

Fire
Friday
2:05 a.m. — Medical at 17-F Village Way, one female transported to Sturdy Memorial Hospital in Attleboro.
4:35 a.m. — Medical at 7 Wetherell Way, one male transported to Sturdy Memorial Hospital in Attleboro.
6:22 ...

De Loach Chardonnay, Pinot Grigio
Hess Chardonnay, Cabernet
Hess ...

# Public safety

...ey

...E

...found at the ...y at 8:07 a.m. ...wner.

...break-in was ...ford St. at 4:07

...cycle accident ...rkley Street in ...action and the ...7 p.m.

...ed at 6:52 p.m. ...uspicious gray ...s in the area of ... a female had ...or and asked if ...e. The van was ...arrived.

• Police responded at 8:31 p.m. to a report of a fight in the road at Falls Road.
• Police responded to a burglar alarm at 8:49 p.m. at St. Mary's Parish Center, Power Street.
• Police responded at 8:57 p.m. to a noise complaint at Newcomb Street. Peace was restored.
• Police responded at 9:03 p.m. to a complaint of a loud group at Evergreen Beach.
• Police took a report at 9:21 p.m. from a caller reporting the larceny of a motor vehicle at 4 Norton Glen Road.
• Police responded at 10:58 p.m. to a caller reporting youths loitering in the parking lot at McDonald's, 175 Mansfield Ave.

**Friday**

• An officer at 12:53 a.m. checked a motor vehicle parked in the high school parking lot.
• An officer at 1:01 a.m. ... vehicle ...

# Berkley ethics probe begins

BERKLEY/From Page B1

"We don't identify the complainant," Carson said. "We can't comment further."

She said the hearing would consist of a public meeting before the five-member Ethics Commission, with one of its members designated as the hearing officer.

"The subject and the complainant and their counsel would present evidence related to the enforcement order to the enforcement officer. The respondent has the option of a final argument before the full commission or with the enforcement officer only," Carson said.

LABOR DAY
Pops Fine Wines & Liquors
For All

# Lawsuit threatened over soil testing

By JAY LEBLANC
Gazette Staff Writer

A Mansfield man who threatened to file suit against the town, the Board of Health and three of its members over the board's requirement that he test for contaminants on his recently-purchased North Main Street property before constructing a new home has agreed to perform soil tests on the site.

Alan Dreyfus said that because the BOH "will not give one inch," he will have three soil samples from his property at 46R North Main St. tested for contaminants. He said he will perform the tests to the board's exact specifications.

If the samples come back clean, Dreyfus — who has secured the services of attorney Francis O'Day of Taunton — said he will seek damages from the town, the BOH and board members James Romano, Anne Hathaway and Steven Rapoza. He said "unnecessary delays" caused by the BOH have cost him the services of contractors and prevented him from selling his Mansfield home. He would also seek reimbursement for performing the soil tests.

If contaminants are found, Dreyfus said he will do whatever is necessary in order to clean up the site so he can build the dream house he planned to construct upon purchasing the 8.5 acre parcel for $140,000 in May. He said he isn't concerned about the possibility of the land being contaminated, but wanted to avoid paying for the expensive tests.

Romano refused to comment on Dreyfus' Willingness to perform soil tests until he receives an official proposal from O'Day.

Dreyfus said that once he purchased the property, he was told he would need to have a 21E procedure, the DEP's classification for a hazardous waste site cleanup — performed on the property. He said he asked

> ## "
> ## We as a board have no ill feelings toward Fred Gouveia for anything he did as a selectman.
>
> **James Romano**
> **Berkley selectman**
> ## "

**BERKLEY**

Romano to substantiate the need for the test, and never got an answer.

Romano said the BOH asked Dreyfus to perform soil tests, not a "full-blown 21E test," before building on the property due to its proximity to the Bogs Landing site — a 6-acre area that received waste from the now defunct Gerlich Tannery in Taunton.

Dreyfus contacted the Department of Environmental Protection, which, he said, assured him the site was now clean. He also said the BOH's secretary reviewed records and found no problems with the site in the past, which Romano said may have occurred because the parcel has been listed under a number of various addresses throughout the years.

A water sampling performed by Analytical Balance of Middleboro also showed no signs of contamination, Dreyfus said, and he could find no evidence of stunted or no vegetation growth on the site.

Dreyfus said he feels he has been unfairly "singled out" by the BOH, possibly because former Selectman Alfred Gouveia's company, BLG Construction, has

done work on the site. He said he has done research and found that many other potentially contaminated sites in town have been built on without soil tests being performed.

Dreyfus said he has found three troubling, anonymous notes — one of which contained a possible reference to Gouveia — at the site in recent months as he has sparred with the BOH.

Dreyfus, who would not speculate on who left the notes, has reported the incidents to the state Board of Ethics, the DEP and the Berkley police. Romano said he was certain that no one on his board would leave notes like those found at the site.

"We as a board have no ill feelings toward Fred Gouveia," Romano said as a selectman," Romano said.

**RUSSELL W. PHILLIPS**
1998 - September 26 - 2003

Memories are treasures
No one can steal,
Death leaves a heartache
No one can heal,
Like fallen leaves,
The days drift by,
But memories of you
Will never die.
Lovingly remembered,
Wife Betty, Peggy, Bill and Curt

---

**NEED $$$ FOR THE HOLIDAYS?**
Let us save you money on
your Homeowners Policy!
Century Insurance Agency
12 Boardman, Taunton
508-822-2999

---

**HONESTY & INTEGRITY FOR 36 YEARS AT THE SAME LOCATION**
J.F. Cullen Auto
403 Winthrop St.
Taunton
508-823-6526

---

"A Proven Leader"
Elect JOSEPHINE "JODY" ALMEIDA
TO THE CITY COUNCIL/SCHOOL COMMITTEE
Paid for by Friends of Jody Almeida

---

**Olson's**
HOME of FLOWERS
Since 1916
Full Service Florist
1 Broadway, Taunton, MA
Call (508) 822-0431

---

**WATER HEATERS**
• Service • 24/7 • Service •
Anytime Plumbing & Heating
Call (508) 880-2800

---

**MARGARET R. ALEIXO**
ATTORNEY AT LAW
Family Law & Mediation
Wills & Probate of Estates
16 TAUNTON GREEN
TAUNTON, MA 02780   (508) 880-0057

# CITY / REGION

# No contaminants found on land

By JAY LeBLANC
Gazette Staff Writer

BERKLEY — Department of Environmental Protection officials visited Alan Dreyfus' property at 46R North Main St. yesterday morning and ruled that the 8.5-acre parcel is free of chromium contamination after conducting a series of 30-soil tests, all of which came back negative.

Environmental Engineers Julie Hutcheson and Mike Whiteside performed the tests along the northeast boundary of Dreyfus' property and an abutting, overgrown and unpaved road which was used to haul the Gerlich Tannery's waste to and from the Bogs Landing site from the 1930s through the 1960s.

Hutcheson, who has served as the DEP's project manager at Bogs Landing since 1995, said the tests were conducted with the same equipment used by the DEP and the Environmental Protection Agency during the site's initial clean-up. More than 20,000 tons of chromium-contaminated soil was removed from the site by the DEP and the EPA between 1998 and 2000.

Dreyfus, a Mansfield resident, purchased the land for $140,000 in March with the intention of constructing a log home for his family.

Due to the property's proximity to the Bogs Landing site, the Board of Health refused to grant him the disposal works permit he needs in order to construct the home until he paid for soil tests to check for contamination. Dreyfus said he would consider filing a lawsuit against the town for the loss of time and damage to materials the delay has caused.

Dreyfus estimated the tests could cost as much as $10,000 and refused to conduct the tests unless the BOH presented him with evidence indicating his property was contaminated, which Dreyfus says they never did. In hopes of avoiding costly litigation, Selectman Joseph Senato discussed the issue with DEP officials, who agreed to conduct the tests.

"Because we owned the equipment, because we had the sense to conduct the tests, it seemed like common sense to conduct the tests with this local issue of concern," said Hutcheson, who will report the DEP's findings to town officials.

"It's a good way to help mediate this issue between a town citizen and town officials," Senato said in a letter.

Senato, who made an effort to facilitate a resolution to the dispute between Dreyfus and the BOH in recent weeks, looked on as Hutcheson and Whiteside conducted the tests.

"If (Hutcheson and Whiteside) feel that there are no issues as far as migration of contaminants, I believe the Board of Health will probably reconsider their position," he said.

When reached for comment yesterday afternoon, Berkley Town Council David Gay said he hadn't yet been informed of the test results.

"Once I get official confirmation that the tests were done and that (the DEP) didn't find anything, I will recommend that (the BOH) issue the (disposal works) permit," he said.

BOH Chairman James Romano could not be reached for comment yesterday afternoon, and it remains unclear whether the DEP's tests will influence the BOH to issue the disposal works permit to Dreyfus.

Dreyfus, who has repeatedly said he was assured by DEP officials that the land was clean before he bought it, was not surprised by yesterday's findings. He said even if the BOH now agrees to issue the permit, there is "zero doubt" in his mind that he will file a lawsuit against the BOH.

He said delays have cost him the services of contractors, prevented him from selling his Mansfield home and allowed his building materials to be damaged by the elements. He also said the BOH violated state laws in their dealings with him, citing Chapter 111, Section 31F of the Mass General Laws, which reads in part:

"Any health officer or board of health for any city, town or district ... shall act upon a completed application for such permit to construct, maintain, or alter such (a sewage disposal) system within forty-five days from the date upon which such completed application is filed with said health officer or board of health."

"(The BOH was) in violation of the laws that were written for them," said Dreyfus, who said he submitted the application for is June. "They have guidelines they're supposed to abide by, but they've been playing by their own rules."

Senato said he hopes Dreyfus will reconsider his decision to file suit.

"He's been easy to work with so far," said Senato, who noted that the town could force Dreyfus to take down the portion of his home that he has already built, since it was built without the necessary permits. "Hopefully we can find a resolution where we can avoid going to court."

Tuesday Nov 25 03

Fisher's brother, John C. Fisher, 31, of Lakeville, was indicted separately on June 6, 2003 in the Northern District of New York and charged with conspiracy to possess with intent to distribute over 100 kilograms of marijuana for his participation in the same marijuana distribution conspiracy. John Fisher's case has been transferred to the District of Massachusetts for prosecution.

According to the Superseding Indictment and

▸ MURDER, Page A2

Matt Haggerty, Felicia DeAndrade, Brian Parsons and Lindsay Milot carve a pumpkin … School's Tiger Den yesterday. The pumpkin will be given to the school's Tiger Tots prog…

# Norton pulls itself out …

By KEVIN SALEEBA
Gazette Staff Writer

NORTON — The town is officially out of debt.

Town Manager Jim Purcell told the Board of Selectmen last night the town is now running in the black after having a $155,000 free cash deficit at the end of fiscal year 2002.

"We're out of the hole," said Purcell.

The town now has a free cash surplus of $93,432. Purcell credited frugal spending on the part of the selectmen and the Finance Committee during the last fiscal year as a contributing factor to the budget turnaround.

"This is a remarkable achievement," said Purcell. "The town has overcome charter school expenses (about $490,000) and cuts in state aid to get out of the hole."

Purcell said the town was also able to get out of debt without making any major personnel cuts. The town avoided layoffs in the police, fire, school and municipal departments.

"The town was able to tighten up the budget with-

# Town, landowner will seek resolution

By JAY LeBLANC
Gazette Staff Writer

BERKLEY — Selectman Joseph Senato and Alan Dreyfus agreed last night to work toward a compromise in regards to contamination testing at Dreyfus' property at 46R North Main St., though Senato noted the Board of Selectmen has no jurisdiction to grant the permit Dreyfus needs to construct a log home on the site.

Due to the 8.5-acre parcel's proximity to the Bogs Landing site — a 6-acre area that received waste

▸ RESOLUTION, Page A4

## NATION

First firefighter dies in California blazes / B6

## A THOUGHT

*"There are things that are known a… that are unknown; in between are…*
— Anonymous

New! Expanded Classified hours • Call (508) 880-9010 on Saturdays from 9 a.m…

Political Advertisement

# Dr. Gerald A. Croteau for City Council

## EDUCATION

- Assumption College: B.A. Philosophy 1959
- University of Massachusetts at Amherst:
  - M. Ed. Educational Administration 1966
  - Ed. D. Educational Administration 1979

## EXPERIENCE

- Teacher ....................... 1960-1967
- Personnel Management ....... 1967-1968
- Education Administration ..... 1968-2002
- Management Consultant ....... 2002-Present

## ACCOMPLISHMENTS

- Significant Increase in Number of Graduates who Elected to Continue their Education
- School Construction
- Collective Bargaining and Labor
- Budget Developed and Controlled
- Programs Developed for Students

---

## Asssuultion: Town, landowner to reach compromise

**From Page A1**

From the now defunct Gelich Tannery in Taunton — the Board of Health has refused to grant Dreyfus the permit necessary to begin construction on the property unless he conducts a series of soil tests.

Dreyfus has refused to conduct the tests — which he estimates could cost upwards of $10,000 — until the board provides him with documentation indicating that the land is contaminated. He said the BOH has failed to provide him with any evidence of contamination, despite repeated requests.

Dreyfus also said he was assured by the Department of Environmental Protection that the land was clean before he purchased it from the Federal Bankruptcy Court in Boston for $140,000 in March. He said he never would have purchased the property if he had known the land might be contaminated. Senato told Dreyfus he spoke with BOH Chairman

James Romano and Julie Hutcheson and Millie Garcia-Surette of the Department of Environmental Protection for several hours yesterday afternoon and left the discussion believing it would be possible to work out a resolution that would satisfy Dreyfus as well as the BOH and the DEP.

"We just want to come to an agreement suitable to all parties involved, without putting anyone at unnecessary risk," said Senato, who suggested that everyone

involved in the dispute "bury yesterday and start fresh today."

Dreyfus agreed that reaching a compromise, rather than reverting to any form of litigation, is in everyone's best interests.

"I'm willing to work something out between the DEP, the Board of Health and myself to come up with something that gives the Board of Health and myself the possible the tests they need to be satisfied at minimum cost to myself," he said.

Senato told Dreyfus that town officials are mainly concerned about possible chromium contamination along a road abutting the north end of his property. He said trucks used to haul tannery waste to and from the Bogs Landing site on the unpaved road, and waste could have entered the soil as trucks used the road to access the property. Senato suggested that chromium tests might cost in the neighborhood of $1,000 to $1,200.

Dreyfus said he would be willing to "test for a minimum amount of contaminants at a cost affordable to myself," and in particular would be willing to test for chromium. He said the BOH had previously requested testing for numerous other contaminants, which would have cost much more than simply testing for chromium. Senato advised Dreyfus — who began building the log home in violation of a cease-and-desist order from the Building Department — to stop construction activities at the site as all involved parties work toward a resolution. He said it is possible Dreyfus could be fined for building without a permit. "I think it would be in your best interests to stop building until the matter is resolved," Senato said. "We don't want to go to court over this, but we have every right to. We could have the building taken down, although we're not looking to do that. Dreyfus agreed to stop construction, but told Senato he hopes for a quick resolu-



Furnace
Leaving You
Out in the
Cold?
Call Dorsey!
822-6728  Lic# 18000

Paid for by the Committee to Elect Gerald A. Croteau

# Please Let My Experience Work For You!

- Budgets for Twenty-one (21) years.
- Successful Management of School Department
- Development of Ten (10) State Reimbursed School Projects.
- Significant Decrease in the Drop-out Rate.
- Significant Increase in Number of Graduates who Elected to Continue their Education.

## ACCOMPLISHMENTS

- School Construction
- Collective Bargaining and Labor
- Budget Developed and Controlled
- Programs Developed for Students

## EXPERIENCE

- Teacher ........................................ 1960-1967
- Personnel Management ............... 1967-1968
- Education Administration ........... 1968-2002
- Management Consultant ............. 2002-Present

## EDUCATION

- Assumption College: B.A. Philosophy 1959
- University of Massachusetts at Amherst:
  M. Ed. Educational Administration 1966
  Ed. D. Educational Administration 1979

---

could have entered the soil as trucks used the road to access the property. Senato suggested that chromium tests might cost in the neigh-borhood of $1,000 to $1,200. Dreyfus said he would be willing to "test" for a mini-mum amount of contami-nants at a cost affordable to myself," and in particular would be wiling to test for chromium. He said the BOH had previously requested testing for numerous other contaminants, which would have cost much more than simply testing for chromium. Senate advised Dreyfus — who began building the log home in violation of a cease-and-desist order from the Building Department — to stop construction activities at the site as all involved parties work toward a reso-lution. He said it is possible Dreyfus could be fined for building without a permit.

"I think it would be in your best interests to stop building until the matter is resolved," Senato said. "We don't want to go to court over this, but we have every right to. We could have the build-ing taken down, although we're not looking to do that." Dreyfus agreed to stop construction, but told Senato he hopes for a quick resolu-tion ... the projects before they ... avoid further damage to the more than $200,000 worth of building materials at the site.

Senato said he would con-tinue discussions with the BOH, DEP and Building Inspector Joseph Lawrence in hopes of reaching a com-promise with Dreyfus. Drey-fus agreed to meet with the BOH and building inspector in hopes of reaching an agreement on soil testing.



Gazette photo by MIKE GAV

Park and Recreation Department worker Jose Molina checks the lights that will be a part of the Taunton Green's holiday display. With Halloween a few days away, the department is hard at work getting ready for winter holidays.

# Mexican prisoner no closer to going home

Gazette Staff Reports

TAUNTON — A deal that would have seen the conviction against Mary Ellen Sanger overturned fell through. Yesterday, when the Mexican judge that was to have heard the motion postponed the hearing.

Her brother and sister-in-law Terry and Charlene Sanger of Taunton were informed of the latest fru-

trating development via an e-mail yesterday from a representative from U.S. Rep Barney Frank's office.

A deal had been confirmed from lawyers repre senting the defense and prosecution that the conviction — which was for a form of felony land squatting — was to have been overturned after further testimony was heard.

The judge, however, requested the hearing be postponed until at least Friday.

Mary Ellen has been held in a Mexican jail since Oct. 6 along with two other Americans, caught in the land dispute between 91-year-old Russell Ames and his late wife willed the Mexican University. Ames

which believes it can take possession now. Ames believes he holds title until his death. Mary Ellen and the other two Americans were convicted within days of arrest, which is highly irregular in the Mexican legal system, according to Terry and Charlene and U.S. Embassy officials.

▼ SANGER, Page A4

# Landowner begins to build despite issues with town

By JAY LeBLANC
Gazette Staff Writer

BERKLEY — Alan Dreyfus fully expected to be living with his family in his new log home at 46R North Main St. by now. Instead, — Dreyfus said the BOH is requiring him to conduct eight soil tests on the property to check for contaminants before it issues the permit.

Dreyfus has refused to

Because of the 8.5-acre parcel's proximity to the Bogs Landing site — a 6-acre area that received waste from the now defunct Getlich Tannery in Taunton — Dreyfus said the BOH is requiring him to conduct eight soil tests on the property to check for contaminants — he estimates could cost as much as $10,000, — unless the board provides him with

**66**

I did what I have to do and I'll continue to do what I have to do.

**99**

— Alan Dreyfus, land owner

documentation indicating the land is contaminated. Despite repeated requests, Dreyfus said the BOH has failed to provide any evidence of contamination on the site.

"I've already lost enough time and money," said Dreyfus, who said delays have cost him the services of contractors, prevented him from selling his Mansfield

▼ PHONES, Page A2

the cell, he said. The call goes through the company, which takes half the receipts.

The other half would go to the city, O'Berg said. The rates would be regulated by the Dept. of Utilities, he added.

Such a system would not only generate money, O'Berg said, it would save on officers' time and increase their safety.

Officers wouldn't have to escort prisoners to an area in the station where they could use the phone and would no longer have to physically monitor their use of the phone, "That's very labor intensive."

The city lockup has eight cells, the chief said, including two for juveniles and one for juvenile prisoners.

He made it "very clear"

▼ BERKLEY, Page A4

---

## NATION

Wildfires continue to rage across California / A7

---

## A THOUGHT

"A man must not swallow more beliefs than he can digest."

---

## INDEX

| Cityside | A3 | | Lifestyles | D1 |
| Classified | D4,D5 | | Lotteries | A2 |
| Comics | B5 | | Obituaries | A5 |
| | | | Region | A6 |
| | | | Sports | C1-C4 |

**From Page A1**

him the site was clean before he purchased it from the Federal Bankruptcy Court in Boston for $140,000 earlier this year. He said Hutchinson told him underground water flows away from his property toward the Bogs Landing site and tests performed on seven wells at abutting properties showed no evidence that contamination had spread from Bogs Landing.

Hutchinson could not be reached for comment yesterday, and Theresa Barao of DEP's Southeastern Massachusetts office could not confirm that Hutchinson assured Dreyfus the site was clean.

"If the DEP had provided documentation that the land was contaminated, I would have walked away and never purchased it," said Dreyfus, who said he has personally reviewed BOH files in the presence of the board's secretary and failed to find evidence of contamination.

BOH Chairman James Romano declined comment yesterday. He said in September that it is possible that no records of contamination have been found by the BOH because the site has been listed under various addresses throughout the years.

Romano also said Berkley resident Gene Flint had contemplated purchasing the property in question, but found contaminants in soil on the site and backed out of the deal.

However, in a letter dated Oct. 13, 2003, Conservation Commission Chairman Jack McIsaac wrote Dreyfus that Andy Jones of the DEP had reviewed Flint's report and "found nothing he deemed actionable by the DEP." Jones also expressed "concern that the report's test methodology didn't meet required criteria."

In the same letter, McIsaac also wrote that he had asked Romano about possible contamination in the areas surrounding Bogs Landing at a Conservation Commission meeting last year:

"I asked him if any potable water well that was located in the block defined by North Main Street, Burt Street, Jerome Street, Pine Street, Porter Street and Locust Street had ever been condemned or found to be unfit due to contamination. He reported that to the best of his knowledge no well in the designated block had been condemned or found unfit due to contamination."

Romano also said in September that "The Environmental Protection Agency said that they suspect that up to 500 surrounding acres may have possibly been contaminated by Bogs Landing." However, a Jan. 25, 2000 article entitled "EPA Completes Clean-Up At Berkley Site" on the EPA's Web site contains the following passage:

"The people who live and work near Bogs Landing can breathe a little easier knowing that area has been cleaned," said Mindy Lubber, acting regional administrator for EPA New England. "After decades of dumping, followed by years of testing and trucking, we can finally say the Bogs Landing parcel is clean."

Frustrated with his inability to obtain a building permit and concerned about damage to his building materials, Dreyfus began constructing his log home earlier this month. Last Monday, a police officer showed up at the building site and served him with a cease-and-desist order from the town's Building Department. Dreyfus has chosen to ignore the order for the time being.

"I started construction to avoid any more damage to my building materials," he said. "I've invested $200,000 in building materials. I did what I had to do, and I'll continue to do what I have to do."

Dreyfus is unsure of his next course of action. He had considered filing a lawsuit, but court and attorney's fees would only add to his financial woes (though he hasn't ruled out future legal action). He had hoped to seek assistance from the Board of Selectmen, but Selectmen Chairman Julie Taylor said the board "has no jurisdiction over his problem."

"We have no authority to give him a building permit," she said. "He needs to work out his problems with the Board of Health and the Building Inspector."

Dreyfus plans to attend tonight's selectmen's meeting and attempt to discuss his concerns with the board.



RE-ELECT BOB
**TREANO**
TMLP
PAID FOR BY THE FRIENDS OF ROBERT G. TREANO



October 30th
Starting at 5:30 pm
PRIZES FOR BEST COSTUME
FREE Hungry Hour Buffet 6-7 pm
HALL... MENT



WINTER IS COMING!
DON'T WAIT until it's too late. Call GSP and we'll add you to the snowplowing route. •Driveways • Parking Lots • Condo's • Sanding
508-821-3345
Greg Pimenta



Furnace Leaving You Out in the Cold?
Call Dorsey
822-6728 Lic# 1800C



Malassadas Fried Dough Sale $.79 ea

Art's International Bakery
SPECIAL OF THE WEEK
SALE STARTS 10/30/03 THRU 11/2/03

SATURDAY ONLY
9 inch FRENCH MEAT PIES $5.99
24 oz. Serves 6-8

Black Cat Cake $7.99
Halloween Decorated Layer Cakes $8.99 each

7 inch Witch Face Cake $5.99
7 inch Pumkin Face Cake

Jimmy's Decorated Cup Cakes 6/ $2.10
Picks Cup Cakes $.99

Pumkin Sugar Cookies $2.99
Casper Ghost Cookies $.99 ea
Decorated Ginger Bread

Rotten Cake Pudding Bars