UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 05 10876 WGY

| | |
|---|---|
| ALAN DREYFUS,<br>　　　　Plaintiff<br><br>v.<br><br>JAMES ROMANO, TOWN OF<br>BERKLEY and BOARD OF HEALTH,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record for the defendants, James Romano, Town of Berkley and Board of Health, in the above-captioned matter.

Respectfully submitted,

Defendants,
By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by mail by hand.

3/14/06
Date