UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN DREYFUS,<br>           Plaintiff,<br><br>v.<br><br>JAMES ROMANO, TOWN OF<br>BERKLEY and BOARD OF HEALTH,<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)   DOCKET NO.: 05 10876 WGY<br>)<br>)<br>)<br>) |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the Defendants, James Romano, Town of Berkley and Berkley Board of Health, move for summary judgment on all Counts.

In support of their Motion, the Defendants submit the accompanying Memorandum of Law in Support of Their Motion for Summary Judgment and Statement of Undisputed Facts in Support of Their Motion for Summary Judgment.

WHEREFORE, the Defendants request that the motion be allowed and that judgment enter in their favor.

                                            Respectfully submitted,
                                            The Defendants
                                            By their attorneys,

                                            PIERCE, DAVIS & PERRITANO, LLP

                                            */s/ Jeffrey M. Sankey*_____
                                            Jeffrey M. Sankey, BBO #551062
                                            Ten Winthrop Square
                                            Boston, MA 02110
                                            (617) 350-0950

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 14, 2006.

/s/ *Jeffrey M. Sankey*
Jeffrey M. Sankey