FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS  MAR 29  P 1: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

BRISTOL, SS                                       DOCKET NUMBER: 05-10876 WGY

ALAN DREYFUS,                    )
    Plaintiff                         )
                                 )
                                 )
vs.                              )
                                 )
JAMES ROMANO, TOWN OF            )
BERKLEY and BOARD OF HEALTH,     )
    Defendants                        )
                                 )

## ASSENTED TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND SCHEDULED FILING DEADLINE AND HEARING

    Plaintiff is represented by two Lawyers. Each of his Attorney's are experienced Trial Lawyers engaged in the Commonwealth as sole proprietors and not electronically connected to the court.

    The defendant's pleadings were received the week ending 24 March 2006 via United States mail in both attorneys' offices.

    Both of Plaintiff's Attorney's have long ago scheduled vacations.

    Attorney Brian Corey, Jr. will be out of his office on 29 March 2006 and back at work on 5 April 2006.

    Attorney John P. Long will be out of the Country from 31 March thru 9 April 2006 attending his sons wedding.

    It is impossible for said attorney's to fully prepare meaningful responsive pleadings as the court and the rules require.

The Plaintiff's therefore respectfully request that they be allowed to file their response on or before 30 April 2006 and have any required oral argument scheduled thereafter.

_____
Brian Corey, Jr., Esquire
1041 Main Road
Westport, MA 02790
508-636-8861
BBO# 632973

_____
John P. Long, Esquire
722 Eastern Avenue
Fall River, MA 02723
508-674-4444
BBO# 304210

Assented to: _____
Jeffrey M. Sankey, Esquire
Ten Winthrop Square
Boston, MA 02110
617-350-0950
BBO# 551062

Dated: March 28, 2006