UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED IN CLERK'S OFFICE*
*2006 MAR 29 P 1:52*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

BRISTOL, SS                                  DOCKET NUMBER: 05-10876 WGY

ALAN DREYFUS,        )
    Plaintiff        )
                    )   **PLAINTIFFS OPPOSITION**
vs.                  )   **TO DEFENDANTS MOTION**
                    )   **FOR SUMMARY JUDGMENT**
JAMES ROMANO, TOWN OF )
BERKLEY and BOARD OF HEALTH, )
    Defendants    )

    Now comes the Plaintiff and objects to Defendant's Motion for Summary Judgment and in support thereof states that the Plaintiff has set forth valid claims that discovery, specifically deposition of Romano, supports and will file an affidavit in support of same.

_____
Brian Corey, Jr., Esquire
1041 Main Road
Westport, MA 02790
508-636-8861
BBO #632973

_____
John P. Long, Esquire
722 Eastern Avenue
Fall River, MA 02723
508-674-4444
BBO #304210

Dated: March 27, 2006

## CERTIFICATE OF SERVICE

We, Attorney's John P. Long and Brian Corey, Jr. do hereby certify that a true, accurate and complete copy of PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT and ASSENTED TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND SCHEDULED FILING DEADLINES and HEARING were forwarded via first class mail postage prepaid to the following this 28th day of March 2006.

> Jeffery M. Sankey, Esquire
> Ten Winthrop Square
> Boston, MA 02110

Signed under the pains and penalties of perjury this 28th day of March 2006.

Brian Corey, Jr., Esquire
1041 Main Road
Westport, MA 02790
508-636-8861
BBO #632973

John P. Long, Esquire
722 Eastern Avenue
Fall River, MA 02723
508-674-4444
BBO #304210