UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2006 APR 14  A 11: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BRISTOL, SS | DOCKET NUMBER: 05-10876 WGY |
| ALAN DREYFUS, ) | AFFIDAVIT OF ALAN DREYFUS IN SUPPORT OF PLAINTIFF'S OBJECTION AND |
| Plaintiff ) | MEMORANDUM IN SUPPORT OF PLAINTIFFS OPPOSITION |
| vs. ) | TO DEFENDANTS MOTION |
| JAMES ROMANO, TOWN OF BERKLEY and BOARD OF HEALTH, ) | FOR SUMMARY JUDGMENT |
| Defendants ) | |

I Alan Dreyfus the plaintiff in the above-captioned matter do hereby state and attest under oath to the following:

1. I have read both the objection and the memorandum
2. All of the information and facts set forth therein are true.

Alan Dreyfus

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS

On this 12th day of April w006 before me Jeanne Boucher the undersigned Notary Public personally appeared Alan Dreyfus and proved to me through satisfactory evidence of identification, which was MA drivers license to be the person whose name is signed on this document and acknowledge to me that he signed it voluntarily for its stated purpose.

Notary Public: Jeanne Boucher
My Commission Expires 07-06-2012

Dated: April 12, 2006

JEANNE MARIE BOUCHER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 6, 2012

CERTIFICATE OF SERVICE

We, Attorney's John P. Long and Brian Corey, Jr. do hereby certify that a true, accurate and complete copy of the MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT and AFFIDAVIT OF ALAN DREYFUS IN SUPPORT OF ABOVE MENTIONED MEMORANDUM was forwarded via first class mail postage prepaid to the following this 12th day of April 2006.

Jeffery M. Sankey, Esquire
Ten Winthrop Square
Boston, MA 02110

United State District Court For
The District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Signed under the pains and penalties of perjury this 12th day of April 2006.

_____
Brian Corey, Jr., Esquire
1041 Main Road
Westport, MA 02790
508-636-8861
BBO #632973

_____
John P. Long, Esquire
722 Eastern Avenue
Fall River, MA 02723
508-674-4444
BBO #304210