# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                                                         Civil Action
                                                                                         No: <u>05-10876-WGY</u>

                             DREYFUS
                             Plaintiff

                                v.

                           ROMANO, ET AL
                           Defendant


## ORDER OF REMAND

YOUNG, D.J.

     In accordance with the Court's order at the hearing of APRIL 20, 2006, the above-entitled action is hereby remanded to the Superior Court sitting in and for the County of Bristol..

                                                                            By the Court,

                                                                            /s Elizabeth Smith

                                                                            Deputy Clerk


April 21, 2006

To:  All Counsel